UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIA DOLORES LOPEZ,

                  Plaintiff,                25-CV-7670 (JPO) (RWL)

       - against -

                                              **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                 Defendant.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       The parties are directed to the Local Rules of the Southern District of New York, Local Social Security Rules 1.1-8.1, governing Social Security appeals in this District and the timeline set forth therein.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: September 19, 2025
       New York, New York

Copies transmitted this date to all counsel of record.