Jonathan R. Klee*
Andrew B. Woolf*+
Davin Goldman
Andrea E. Filpi
Steven Glaser
Alla Mekhtiyev

Marcus E. Gauthier
Jenna M. Jonassen
Michael Cullen
Alexandra Velella
Munjer Mazumder
Marc S. Edelstein^

Of Counsel
Michael D. Chechanover
Heechul H. Park
Nancy A. Bergan°

*MEMBER N.Y. AND N.J. BARS
+MEMBER N.Y. AND FLORIDA BARS
^ MEMBER OHIO BAR
° RETIRED



Law Offices of
**KLEE
WOOLF
GOLDMAN
FILPI** LLP

350 Willis Avenue
Mineola, NY 11501
516-294-5775
718-229-9002
518-487-4077

WORKERS' COMPENSATION FAX
516-228-0044

SOCIAL SECURITY DISABILITY FAX
516-294-7200

BY APPOINTMENT ONLY:

26 Court Street, #2606
Brooklyn, NY 11242

Labor Temple
890 Third St. #205
Albany, NY 12206

4 Irving Place
Woodmere, NY 11598

32 Old Slip, 8th Floor
New York, NY 10005

1188 Grand Concourse
Bronx, NY 10456

90-27 Sutphin Blvd. #402
Jamaica, NY 11435

888 Veterans Memorial Hwy, #234
Hauppauge, NY 11788

December 15, 2025

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
United State Courthouse
500 Pearl Street
New York, NY 10007

RE:    **LOPEZ v. COMMISSIONER OF SOCIAL SECURITY**
       **CIVIL ACTION NO. 25-CV-07670-RWL**

Dear Judge Lehrburger:

The undersigned counsel represents the Plaintiff in the above-referenced action.

On November 24, 2025, the Commissioner served the certified administrative record via ECF (Docket #13). Due to increased workloads at our office, and the setbacks resulting from the government shut down, Plaintiff respectfully requests an extension for the filing of Plaintiff's brief due on December 24, 2025. This is the first extension requested in this matter.

With Defendant's consent, Plaintiff respectfully requests a 60-day extension to submit her brief, as well as approval of the following amended briefing schedule:

(1) Plaintiff to serve her motion by February 22, 2026;
(2) Defendant to serve his cross-motion by April 23, 2026; and
(3) Plaintiff's reply, if any, due by May 23, 2026.

Plaintiff acknowledges that no further extensions will be requested in the above-referenced action "absent compelling circumstances."

We thank the court in advance for consideration of this request.

Respectfully submitted,

s/ *Jonathan R. Klee*

Jonathan R. Klee, Esq.
Klee, Woolf, Goldman, & Filpi, L.L.P.
350 Willis Avenue, Mineola, NY 11501
(P): 516-294-5775
jklee@kwgflaw.com

cc:    Kristina Cohn, Esq.
       (Via ECF)
       Attorney for Defendant

Granted.

SO ORDERED:

12/15/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE